IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN FRISE,
    Plaintiff,

vs.   Case No. 3:05cv211/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file

**DONE AND ORDERED** this 6th day of September, 2006.

    _s/ M. Casey Rodgers_
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**